UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*,                       Plaintiffs, <br><br> v. <br><br> McKNIGHT CONSTRUCTION, LLC, <br><br>                       Defendant, <br><br> v. <br><br> PEOPLES BANK, <br><br>                       Garnishee. | Case No. MC18-0138RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, McKnight Construction, LLC, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Peoples Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiffs' counsel on December 18, 2018, at Dkt. # 1-3.

Dated this 19th day of December, 2018.

*MM S Lasnik*

Robert S. Lasnik
United States District Judge